ROBERT M. WHITING, Respondent, *v.* THE FIDELITY MUTUAL LIFE ASSOCIATION OF PHILADELPHIA, PENNSYLVANIA, Appellant.

*Whiting* v. *Fidelity Mutual Life Assn.*, 137 App. Div. 758, affirmed.

(Argued October 31, 1911; decided November 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 22, 1910, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial in an action to obtain a construction of certain policies of life insurance.

*William B. Ellison* and *F. H. Calkins* for appellant.

*Alexander S. Bacon* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN and WILLARD BARTLETT, JJ. Dissenting: HISCOCK and COLLIN, JJ.